JOHN P. PRINGLE, SBN 072300
6055 East Washington Blvd.
Suite 500
Los Angeles, CA  90040
Telephone No.:  (323) 727-9589
Facsimile No.:  (323) 724-5410

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:05-bk-39314-ER |
| GLENDA SWAILS, | Chapter 7 |
| | **NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)** |
| Debtor. | |

## TO THE CLERK OF THE ABOVE-ENTITLED COURT

Please find annexed hereto Check No. <u>1031</u> in the sum of $<u>773.24</u>, representing the total amount of unclaimed dividend(s) in the above-entitled Debtor's estate which will create a zero balance in the bank account.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  A list of name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: October __, 2010

JOHN P. PRINGLE
CHAPTER 7 TRUSTEE

H:\T\SWAILS\P\3011.RPT.wpd

1

|    | **CLAIMANT** | **AMOUNT** |
|----|--------------|------------|
| 1. | MBNA         | $773.24    |

| In re: GLENDA SWAILS, | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:05-bk-39314-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6055 E. WASHINGTON BLVD., STE. 500, LOS ANGELES, CA 90040

A true and correct copy of the foregoing document described as  NOTICE OF UNCLAIMED DIVIDEND (FRBP 3011)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/26/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 10/26/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
US Bankruptcy Court
255 E. Temple St., Rm. 940
Los Angeles, CA 90012
(Via attorney service)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/26/10 | BECKY RENFRO | /s/ Becky Renfro |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re: GLENDA SWAILS, | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:05-bk-39314-ER |

**ADDITIONAL SERVICE INFORMATION (if needed):**

VIA ELECTRONIC MAIL (NEF):

Wesley H Avery    wavery@rpmlaw.com
Alane A Becket 2    notices@becket-lee.com
Kelly L Morrison    kmorrison@rpmlaw.com
James C Shields    james@shieldslaw.org, gabriel@shieldslaw.net
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**